

**Entered on Docket
January 29, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

1
2
3
4
5
6
7
8
9  Kristin A. Schuler-Hintz, Esq., SBN 7171
10 Seth J. Adams, Esq., SBN 11034
   Christopher K. Lezak, Esq., SBN 11185
11 McCarthy & Holthus, LLP
   811 South Sixth Street
12 Las Vegas, NV  89101
   Phone (702) 685-0329 ext 3748
13 Fax (866) 339-5691
   NVBK@McCarthyHolthus.com
14
   Attorney for Secured Creditor,
15 US Bank National Association, as successor in interest to Wachovia Bank, NA as Trustee for
   GSAA Home Equity Trust 2005-14, its assignees and/or successors and the servicing agent
16 WELLS FARGO BANK

17                    UNITED STATES BANKRUPTCY COURT

18                         DISTRICT OF NEVADA

19
   In re:                              ) Case No.: 09-32121-MKN
20                                     )
21 Laura I. Balteanu,                  ) Chapter  7
                                       )
22      Debtor.                        ) DATE:  1/13/10
                                       ) TIME:   1:30 pm
23                                     )
24                                     ) **ORDER TERMINATING**
                                       ) **AUTOMATIC STAY**
25 _____      )

26      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and

27 time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

28 supporting evidence, and good cause appearing, the Court rules as follows:

29

M&H File No. NV-09-17082
09-32121-mkn

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 8667 Tom Noon Avenue #101, Las Vegas, NV 89178.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:

*/s/ Seth J. Adams*_____
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329


Approved/Disapproved

*Emailed 01/13/10 – no response received*
James F. Lisowski, Sr
POB 95695
Las Vegas, NV 89193

M&H File No. NV-09-17082
09-32121-mkn

<u>AALTERNATIVE METHOD re;  RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: James F. Lisowski - Emailed 01/13/10 – no response received

Submitted by:

McCarthy & Holthus, LLP

/s/ Seth J. Adams.
Seth J. Adams, Esq.

###

M&H File No. NV-09-17082
09-32121-mkn